# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **8:06CR208** |
| | ) | |
| **vs.** | ) | **ORDER** |
| | ) | |
| **KRYSTAL LUNDIN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

      This matter is before the court on the motion of defendant Krystal Lundin (Lundin) to be placed in a drug treatment program (Filing No. 24).  Lundin was detained on June 27, 2006, following a detention hearing (Filing No. 10).  Pretrial Services informs the court that Lundin continues to have a hold on her for a pending felony case in Douglas County, Nebraska.  Until such hold is resolved, the court will not consider Lundin's motion.

      **IT IS ORDERED:**

      Lundin's motion to be placed in a drug treatment program (Filing No. 24) is denied.

      DATED this 11th day of August, 2006.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge