IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR208 |
| | ) | |
| v. | ) | |
| | ) | |
| KRYSTAL LUNDIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion for Rule 35 hearing (Filing No. 71). Accordingly,

IT IS ORDERED:

1) A hearing on plaintiff's Rule 35 motion is scheduled for:

**Friday, August 3, 2007, at 8:45 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. Defendant need not be present.

2) That Wesley S. Dodge is reappointed to represent the defendant for purposes of the Rule 35(b) motion, and the Federal Public Defender shall provide CJA counsel with a new voucher.

DATED this 30th day of July, 2007.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court