IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR208 |
| | ) | |
| v. | ) | |
| | ) | |
| KRYSTAL L. LUNDIN, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

On January 30, 2014, the defendant appeared through
counsel on a petition for warrant or summons for offender under
supervision (Filing No. 80).  Defendant was present and
represented by Wesley S. Dodge.  Plaintiff was represented by
Kimberly C. Bunjer, Assistant United States Attorney.

The defendant admitted Allegation No. 1 contained in
the petition and the Court found the defendant to be in violation
of conditions of her supervised release.  On motion of the
plaintiff, the Court dismissed Allegation Nos. 2 and 3.  The
Court then proceeded to a dispositional hearing.

IT IS ORDERED that the defendant is found to be in
violation of her supervised release.  The defendant shall

continue on supervised release under the same terms and conditions as previously imposed until July 19, 2016.

DATED this 30th day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom

_____

LYLE E. STROM, Senior Judge
United States District Court

**ACKNOWLEDGMENT OF RECEIPT**

I hereby acknowledge receipt of a copy of this judgment this ____day of _____, 201__.

_____
Signature of Defendant

**RETURN**

It is hereby acknowledged that the defendant was delivered on the _____ day of _____, 201__, to _____, with a certified copy of this judgment.

UNITED STATES WARDEN

By:_____

**NOTE: The following certificate must also be completed if the defendant has not signed the Acknowledgment of receipt, above.**

**CERTIFICATE**

It is hereby certified that a copy of this judgment was served upon the defendant this _____ day of _____, 201___.

UNITED STATES WARDEN

By: _____